Order issued: December _12_ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00676-CV

**CASSANDRA RODRIGUEZ, Appellant**

**V.**

**FRANK CONTRERAS, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-8045-U**

# ORDER

By order dated August 22, 2012, the Court ordered Gary Fitzsimmons, Dallas County District Clerk, to file either the clerk's record or written verification that appellant has not requested or paid for the record. As of today's date, the Court has not received a response.

Accordingly, we again **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, **within SEVEN DAYS of the date of this order**, either: (1) the clerk's record; or (2) written verification that appellant has not requested or paid for the record. If the clerk's record or requested verification is not filed by the date specified, we will utilize the available remedies to obtain the record, which may include ordering the Dallas County District Clerk to show cause why he should not be held in contempt for failure to comply with this Court's orders. *We notify appellant that if*

*we receive verification of no request or no payment, we will, without further notice, dismiss the*

*appeal. See* TEX. R. APP. P. 37.3(b).

By letter dated August 22, 2012, Beth Griffin, Official Court Reporter for the 302nd Judicial District Court of Dallas County, Texas, informed the Court that she had not received a request to prepare the reporter's record. Accordingly, we **ORDER** the appeal submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Gary Fitzsimmons, Dallas County District Clerk and all parties.

DOUGLAS S. LANG
JUSTICE